IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01186-PAB-KLM

THE HOMEOWNERS ASSOCIATION OF COBBLESTONE AT CHEYENNE MOUNTAIN
RANCH,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Defendant.

_____

## MINUTE ORDER

_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Order Pursuant to F.R.E.
502(d)** [#26], filed as a motion (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Order [#26] supplied by the parties
is **accepted** for filing and entered as an Order of the Court as of the date of this Minute
Order.

Dated:  September 3, 2015