IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01186-~~WYD~~-KLM *PAB*

THE HOMEOWNERS ASSOCIATION OF COBBLESTONE AT
CHEYENNE MOUNTAIN RANCH, a Colorado non-profit corporation.

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a
Connecticut company.

    Defendant.

---

## STIPULATED ORDER PURSUANT TO F.R.E. 502(d)

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

4842-4682-6279.1

Respectfully submitted this 31st day of August, 2015.

| KUTAK ROCK LLP | SNELL & WILMER LLP |
|---|---|
| *s/ Tiffanie D. Stasiak* | *s/ Thomas H. Blomstrom* |
| Tiffanie D. Stasiak, #21535 | Amy M. Samberg, #42999 |
| Michael E. Bonifazi, #30981 | Thomas H. Blomstrom, #36807 |
| 1801 California St., Suite 3000 | Allison L. Biles |
| Denver, CO 80202 | 1200 17th Street, Suite 1900 |
| Tel: 303-297-2400 | Denver, CO 80202 |
| tiffanie.stasiak@kutakrock.com | Tel: (303) 634-2000 |
| michael.bonifazi@kutakrock.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**SO ORDERED.**

BY THE COURT:

Dated: 9/3/15

_____
United States Magistrate Judge

2