IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01186-PAB-KLM

THE HOMEOWNERS ASSOCIATION OF COBBLESTONE AT CHEYENNE MOUNTAIN RANCH,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#32] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**.  The discovery deadline is extended to **June 17, 2016**.  The dispositive motions deadline is extended to **July 15, 2016**.

    Dated:  April 18, 2016